# Court of Appeals
# of the State of Georgia

ATLANTA,  November 26, 2018

*The Court of Appeals hereby passes the following order:*

**A19I0108. MATHEW TERRY v. NICKOLAS JAMES PAYNE et al.**

Mathew Terry sued Nickolas James Payne, individually and as an agent and employee of Old Hat Chimney, LLC, and Old Hat Chimney, LLC for injuries sustained in an motor vehicle collision. Old Hat Chimney, LLC filed a motion for partial summary judgment, which was denied. After subsequent reconsideration, the trial court entered an order granting Old Hat Chimney's motion for reconsideration and granting partial summary judgment to Old Hat Chimney. Terry then filed this application for interlocutory appeal.

The grant of partial summary judgment as to one or more but fewer than all the claims or parties may be directly appealed. See OCGA § 9-11-56 (h); *City of Demorest v. Town of Mt. Airy*, 282 Ga. 653, 654 n.1 (653 SE2d 43) (2007); *Olympic Dev. Group, Inc. v. American Druggists' Ins. Co.*, 175 Ga. App. 425, 425 (1) (333 SE2d 622) (1985). Thus, the order in this case is subject to direct appeal. "This Court will grant a timely application for interlocutory review if the order complained of is subject to direct appeal and the applicants have not otherwise filed a notice of appeal." *Spivey v. Hembree*, 268 Ga. App. 485, 486 n. 1 (602 SE2d 246) (2004). Accordingly, this interlocutory application is hereby GRANTED. Terry shall have 10 days from the date of this order to file a notice of appeal in the trial court. If Terry has already filed a notice of appeal from the order at issue here, he need not file a second notice. The clerk of the trial court is DIRECTED to include a copy of this order in the record transmitted to the Court of Appeals. Terry's Rule 33.1 motion for en banc

review is hereby DENIED since such a request is not applicable in the context of an interlocutory application.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,  11/26/2018  *
    *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*